**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  15 CR. 288 (RMB)

   -against-

                                                  **ORDER**

EMMANUEL MCKENZIE,
                Defendant.
------------------------------------------------------------X

      The Court will hold a telephone status conference on Thursday, July 16, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2883

Dated: June 18, 2020
       New York, NY

                                                *Richard M. Berman*
                                        _____
                                                 RICHARD M. BERMAN
                                                        U.S.D.J.