**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                 Government,       :       15 CR. 288 (RMB)
                                          :
     - against -                        :       **ORDER**
                                          :
EMMANUEL MCKENZIE,                       :
                 Defendant.       :
------------------------------------------------------------x

The teleconference previously scheduled for Tuesday, October 6, 2020 at 11:00 AM is hereby rescheduled to Thursday, October 8, 2020 at 11:30 AM.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2883

Dated: October 1, 2020
       New York, NY

                                                **RICHARD M. BERMAN**
                                                    U.S.D.J.