**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                                :

                   Government,      :         15 CR. 288 (RMB)

                                :

        - against -             :         **ORDER**

                                :

EMMANUEL MCKENZIE,          :

                 Defendant.      :
----------------------------------------------------------------x

In light of the continuing COVID-19 pandemic, the supervised release hearing

scheduled for Monday, January 24, 2022 at 9:30 AM is being held telephonically pursuant

to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in

information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2883

Dated: January 19, 2022
      New York, NY

                                          _Richard M. Berman_

                                 **RICHARD M. BERMAN**
                                        **U.S.D.J.**