UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                     Government,     :      15 CR. 288 (RMB)
                                                  :
      - against -                                :      **ORDER**
                                                  :
EMMANUEL MCKENZIE,                                :
                    Defendant.      :
---------------------------------------------------------------x

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, February 10, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2883


Dated: February 3, 2022
       New York, NY

                                                     *Richard M. Berman*
                                                  **RICHARD M. BERMAN**
                                                         U.S.D.J.