UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                         Government, :      15 CR. 288 (RMB)
:
   - against - :      **ORDER**
:
EMMANUEL MCKENZIE, :
                         Defendant. :
---------------------------------------------------------------x

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, March 2, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2883

Dated: February 23, 2022
       New York, NY

                                                  */s/ Richard M. Berman*
                                                  **RICHARD M. BERMAN**
                                                        U.S.D.J.