UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :

       Government,  :  15 CR. 288 (RMB)

   - against -      :  **ORDER**

EMMANUEL MCKENZIE,      :
     Defendant.   :
-----------------------------------------------------------------x

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, April 27, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2883

Dated: April 20, 2022
   New York, NY

              *Richard M. Berman*
              _____
              **RICHARD M. BERMAN**
              U.S.D.J.