UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                   Government,            :     15 CR. 288 (RMB)
                                             :
      - against -                          :     **ORDER**
                                             :
EMMANUEL MCKENZIE,                           :
                  Defendant.             :
---------------------------------------------------------------x

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, May 25, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2883

Dated: May 18, 2022
       New York, NY

                                                     *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                  U.S.D.J.