UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

                                                       15 CR. 288 (RMB)

   -against-

                                                    **ORDER**

EMMANUEL MCKENZIE,
           Defendant.
-------------------------------------------------------------X

       The supervised release hearing previously scheduled for Thursday, September 1, 2022 at 9:30 AM is hereby rescheduled to 10:30 AM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2883

Dated: August 24, 2022
       New York, NY

                                                                           _____
                                                                         RICHARD M. BERMAN
                                                                             U.S.D.J.