UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,     :     15 CR. 288 (RMB)
                                          :
       - against -                    :     **ORDER**
                                          :
EMMANUEL MCKENZIE,                       :
                Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, February 6, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 403 451 459#

Dated: February 1, 2023
       New York, NY

                                         **RICHARD M. BERMAN**
                                              **U.S.D.J.**