UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,               :

                        Government,     :      15 CR. 288 (RMB)

         - against -            :      **ORDER**

EMMANUEL MCKENZIE,                 :
                      Defendant.    :
-------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, February 6, 2023 at 9:00 A.M. is hereby rescheduled to Monday, February 13, 2023 at 11:00 A.M.

In the absence of defense objection – the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 403 451 459#

Dated: February 2, 2023
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
       U.S.D.J.