UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EMMANUEL MCKENZIE,

              Defendant.

CASE NO.: 15 Cr. 288 (RMB)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for purposes of monitoring the status of Defendant's supervised release and to conduct status hearings (the "Referral") (ECF No. 1347). The Referral has concluded, and the Honorable Richard M. Berman will conduct all future proceedings in this case.

The Clerk of Court is respectfully directed to terminate the supervised release hearing scheduled for September 12, 2023.

Dated:     New York, New York
             June 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**