**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                          Government,          :          15 CR. 288 (RMB)
                                                    :
            - against -                            :          **ORDER**
                                                    :
EMMANUEL MCKENZIE,                                  :
                          Defendant.           :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 12, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 746 853 892#

Dated: June 20, 2023
       New York, NY

                                                  _____
                                                  **RICHARD M. BERMAN**
                                                          U.S.D.J.