**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                    Government,    :    15 CR. 288 (RMB)

      - against -                         :    **ORDER**

EMMANUEL MCKENZIE,                     :
                                Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 11, 2023 at 2:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 953 848 085#

Dated: October 4, 2023
       New York, NY

                                                     *Richard M. Berman*
                                              **RICHARD M. BERMAN**
                                                    U.S.D.J.