UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                        :
                      Government,     :        15 CR. 288 (RMB)
                                                                        :
        - against -                               :        **ORDER**
                                                                        :
EMMANUEL MCKENZIE,                                 :
                      Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, January 3, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 766 517 113#

Dated: December 27, 2023
       New York, NY

*Richard M. Berman*
       **RICHARD M. BERMAN**
           **U.S.D.J.**