UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                     **ORDER**

             -against-

                                    15 **CR.** 288 (RMB)

EMMANUEL MCKENZIE,

                      Defendant.
-------------------------------------------------------------X

       The Court, with the consent of Defense Counsel Peter Brill, AUSA Hagan Scotten, Probation Officer Maritza Almonte, Mr. McKenzie, and therapist Peter Turco, conducted a video supervised release hearing this morning.

       During the hearing, Mr. McKenzie was sworn and allocuted and he entered a plea of guilty to a Class C violation specification, which the Court accepted. The Plea was premised upon a state plea that Mr. McKenzie had entered on or about May 24, 2021, in First District Court in Nassau County, New York under docket #2020CR38864. Today's Plea was to a Class C probation specification.

       The Court also extended Mr. McKenzie's supervised release (and conditions) to at least January 23, 2024, at which time the Court intends to enter an additional term of supervision focused upon employment and pursuit of educational certification as a dental assistant.

       The Court did not enter any revocation of Mr. McKenzie's term of supervision. *See* Hr'g Tr., dated January 3, 2024.

Dated: New York, New York
           January 3, 2024

                                                            **RICHARD M. BERMAN, U.S.D.J.**