UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,    :    15 CR. 288 (RMB)
                                           :
       - against -                       :    **ORDER**
                                           :
EMMANUEL MCKENZIE,                         :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 21, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 925 168 012#

Dated: March 13, 2024
       New York, NY

                                                          _____
                                                           **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**