UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
 :
              Government, : 15 CR. 288 (RMB)
 :
        - against - : **ORDER**
 :
EMMANUEL MCKENZIE, :
              Defendant. :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, April 8, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

 Dial-in Number: (646) 453-4442
 Conference ID: 925 168 012#

Dated: April 3, 2024
      New York, NY

 _____
 **RICHARD M. BERMAN**
 **U.S.D.J.**