UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,              :         15 CR. 288 (RMB)
                                          :
      - against -                         :         **ORDER**
                                          :
EMMANUEL MCKENZIE,                        :
                Defendant.               :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, May 21, 2024 at 10:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 842 997 430#

Dated: May 15, 2024
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                        **U.S.D.J.**