**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                      Government,        :     15 CR. 288 (RMB)
                                                 :
      - against -                           :     **ORDER**
                                                 :
EMMANUEL MCKENZIE,                               :
                                                 :
                      Defendant.         :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, July 18, 2024 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 330 429 452#

Dated: July 10, 2024
       New York, NY

                                                     _Richard M. Berman_
                                              **RICHARD M. BERMAN**
                                                    U.S.D.J.