**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                           :
                              Government,           :           15 CR. 288 (RMB)
                                                                           :
            - against -                          :           **ORDER**
                                                                           :
EMMANUEL MCKENZIE,                                 :
                                                                           :
                              Defendant.             :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 2, 2024 at 10:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 337 242 609#

Dated: September 25, 2024
       New York, NY

                                                   */s/ Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                **U.S.D.J.**