**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,   :     15 CR. 288 (RMB)
                                           :
      - against -                        :     **ORDER**
                                           :
EMMANUEL MCKENZIE,                         :
                                           :
                    Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 14, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 558 400 176#

Dated: November 6, 2024
       New York, NY

                                                          _/s/ Richard M. Berman_
                                                          **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**