UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                Government, : 15 CR. 288 (RMB)
:
   - against - : **ORDER**
:
EMMANUEL MCKENZIE, :
:
                Defendant. :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 9, 2025 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 263 400 731#

Dated: December 18, 2024
      New York, NY

                                                     _____
                                                 **RICHARD M. BERMAN**
                                                      **U.S.D.J.**