**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                          :
                              Government,     :     15 CR. 288 (RMB)
                                                                          :
         - against -                          :     **ORDER**
                                                                          :
EMMANUEL MCKENZIE,                          :
                                                                          :
                              Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 27, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 913 841 242#

Dated: February 19, 2025
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                           U.S.D.J.