**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :        15 CR. 288 (RMB)
                                             :
            - against -                      :        **ORDER**
                                             :
EMMANUEL MCKENZIE,                           :
                                             :
                          Defendant.         :
-------------------------------------------------------------x


        The supervised release hearing previously scheduled for Thursday, February 27,

2025 at 10:00 A.M. is hereby rescheduled to Wednesday March 12, 2025 at 12:30 P.M.

        In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams

[Join the meeting now](#)

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


        Dial-in Number: (646) 453-4442
        Conference ID: 913 841 242#


Dated: February 24, 2025
        New York, NY

                                                    *Richard M. Berman*
                                            _____
                                            **RICHARD M. BERMAN**
                                                    **U.S.D.J.**