**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                        Government,               :          15 CR. 288 (RMB)
                                                  :
        - against -                               :          **ORDER**
                                                  :
EMMANUEL MCKENZIE,                                :
                                                  :
                        Defendant.                :
-------------------------------------------------------------x


      The supervised release hearing is scheduled for Wednesday, April 9, 2025 at

12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


    Dial-in Number: (646) 453-4442
    Conference ID: 913 841 242#


Dated: April 2, 2025
      New York, NY

                                      **RICHARD M. BERMAN**
                                         **U.S.D.J.**