UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                       :
                              Government,    :    15 CR. 288 (RMB)
                                                                       :
          - against -                         :    **ORDER**
                                                                       :
EMMANUEL MCKENZIE,                       :
                                                                       :
                              Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 15, 2025 at 11:00 A.M.

On all the parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 785 190 400#

Dated: May 7, 2025
       New York, NY

                                               RICHARD M. BERMAN
                                                    U.S.D.J.