**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                 Government,   :   15 CR. 288 (RMB)
                                         :
      - against -                     :   **ORDER**
                                         :
EMMANUEL MCKENZIE,                       :
                                         :
                 Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, July 22, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 507 402 532#

Dated: July 16, 2025
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                          **U.S.D.J.**