UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                        Government,          :     15 CR. 288 (RMB)
                                         :
        - against -                    :     **ORDER**
                                         :
EMMANUEL MCKENZIE,                       :
                                         :
                        Defendant.           :
------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 2, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 556 542 850#

Dated: August 27, 2025
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**