**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                       Government,    :         15 CR. 288 (RMB)
                                            :
         - against -                   :         **ORDER**
                                            :
EMMANUEL MCKENZIE,                          :
                                            :
                       Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 24, 2025 at 3:30 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 532 088 124#

Dated: September 10, 2025
       New York, NY

                                                       *Richard M. Berman*
                                                      **RICHARD M. BERMAN**
                                                               **U.S.D.J.**